THOMPSON COBURN LLP
Michael S. Kun – CSB 208684
Kevin D. Sullivan – CSB 270343
10100 Santa Monica Blvd., Suite 500
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501
mkun@thompsoncoburn.com
kdsullivan@thompsoncoburn.com

Attorneys for Defendants
AMERICAN MEDICAL RESPONSE, INC.,
AMERICAN MEDICAL RESPONSE WEST,
and GLOBAL MEDICAL RESPONSE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHYN BOYD,<br><br>          Plaintiff,<br><br>     v.<br><br>AMERICAN MEDICAL RESPONSE, INC., a California corporation, AMERICAN MEDICAL RESPONSE WEST, a California corporation, GLOBAL MEDICAL RESPONSE, INC., a Colorado Corporation; and DOES 1-10, Inclusive,<br><br>          Defendants. | Case No.: 2:25-cv-04725-MWF-MAR<br><br>**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

TO THE COURT AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel for Defendants American Medical Response, Inc. ("AMRI"), American Medical Response West ("AMR West"), and Global Medical Response, Inc. ("GMR") hereby identifies the cases discussed below for purposes of ensuring compliance with Local Rule 83-1.4. These cases are being disclosed because they contain allegations of the same or similar violations of the California Labor Code against AMR West and/or GMR, and the plaintiffs in these other actions seek to bring their claims on behalf of some of the same employees that Plaintiff Nathyn Boyd ("Plaintiff") seeks to represent in the instant action.

### *Zapata v. Rural/Metro Fire Dept., Inc., et al.* ("*Zapata I*")

The *Zapata I* action is pending in the United States District Court, Southern District of California, case no. 3:25-cv-00049-BJC-DEB.

The *Zapata I* plaintiff is Luis Zapata. The *Zapata I* defendants are Rural/Metro Fire Dept., Inc.; Capstone Fire & Safety Management; Delta Equities, Inc.; and Global Medical Response, Inc. – i.e., the same Global Medical Response, Inc. that is named as a defendant in the instant *Boyd* action.

The attorneys of record for the *Zapata I* plaintiff are as follows:

Haig B. Kazandjian

Cathy Gonzalez

David Van Pelt

HAIG B. KAZANDJIAN LAWYERS, APC

801 North Brand Boulevard, Suite 970

Glendale, California 91203

P: (818) 696-2306 | F: (818) 644-7390

haig@hbklawyers.com | cathy@hbklawyers.com | david@hbklawyers.com

Counsel for Rural/Metro Fire Dept., Inc. in the *Zapata I* action are the same as Defendants' counsel here in the instant *Boyd* action. No appearance has been made by

Capstone Fire & Safety Management, Delta Equities, Inc., or GMR in the *Zapata I* action.

The *Zapata I* plaintiff alleges that he was jointly employed by GMR, along with Rural/Metro Fire Dept., Inc., Capstone Fire & Safety Management, and Delta Equities, Inc. Like the plaintiff in *Zapata I*, Plaintiff here alleges that he was jointly employed by GMR, along with AMRI and AMR West.

The *Zapata I* plaintiff commenced his action on November 12, 2024. Plaintiff here and the *Zapata I* plaintiff allege many of the same causes of action.

The *Zapata I* plaintiff seeks to bring the above-referenced claims not only on an individual basis, but also on a proposed class basis on behalf of all other current and former non-exempt employees who have been employed by, *inter alia*, GMR in the State of California at any time from November 12, 2020 through the present. As Plaintiff here alleges that he was employed by GMR until November 18, 2024, he would be included in this proposed class in *Zapata I*.

Plaintiff here seeks to represent this same group of employees as in *Zapata I* on many of the same claims, but for a time period beginning April 16, 2021. As the *Zapata I* plaintiff alleges that he was employed by GMR from May 2020 until October 2023, he would be included in the proposed class that Plaintiff seeks to represent in the instant *Boyd* action.

**Dershem v. Westmed Ambulance, Inc., et al.**

The *Dershem* action is presently pending in the United States District Court, Southern District of California, case no. 3:25-cv-01718-RBM-BLM. The *Dershem* action had been pending in this Court, bearing case no. 2:25-cv-01050-GW-AJR, before being transferred to the Southern District of California.

The *Dershem* plaintiff is Kyle Dershem. The *Dershem* defendants are Westmed Ambulance, Inc. and Global Medical Response, Inc. – i.e., the same Global Medical Response, Inc. that is named as a defendant in the instant *Boyd* action.

The attorneys of record for the *Dershem* plaintiff are as follows:

Haig B. Kazandjian

Cathy Gonzalez

David Van Pelt

HAIG B. KAZANDJIAN LAWYERS, APC

801 North Brand Boulevard, Suite 970

Glendale, California 91203

P: (818) 696-2306 | F: (818) 644-7390

haig@hbklawyers.com | cathy@hbklawyers.com | david@hbklawyers.com

Counsel for Westmed Ambulance, Inc. in the *Dershem* action are the same as Defendants' counsel here in the instant *Boyd* action. No appearance has been made by GMR in the *Dershem* action.

The *Dershem* plaintiff alleges that he was jointly employed by GMR, along with Westmed Ambulance, Inc. Like the plaintiff in *Dershem*, Plaintiff here alleges that he was jointly employed by GMR, along with AMRI and AMR West.

The *Dershem* plaintiff commenced his action on December 6, 2024. Plaintiff here and the *Dershem* plaintiff allege many of the same causes of action.

The *Dershem* plaintiff seeks to bring the above-referenced claims not only on an individual basis, but also on a proposed class basis on behalf of all other current and former non-exempt employees who have been employed by, *inter alia*, GMR in the State of California at any time from December 6, 2020 through the present. As Plaintiff here alleges that he was employed by GMR until November 18, 2024, he would be included in this proposed class in *Dershem*.

Plaintiff here seeks to represent this same group of employees as in *Dershem* on many of the same claims, but for a time period beginning April 16, 2021. As the *Dershem* plaintiff alleges that he was employed by GMR from May 2020 until October 2023, he would be included in the proposed class that Plaintiff seeks to represent in the instant *Boyd* action.

***Rose v. American Medical Response Inland Empire, et al.***

The *Rose* action is presently pending in the California Superior Court, County of Sacramento, case no. 34-2023-00335120-CU-OE-GDS.

The *Rose* plaintiff is Sharde Rose. The *Rose* defendants are American Medical Response of Inland Empire, American Medical Response of San Diego, Inc., American Medical Response of Southern California, and American Medical Response West – i.e., the same American Medical Response West that is named as a defendant in the instant *Boyd* action.

The attorneys of record for the *Rose* plaintiff are as follows:

Douglas Han, Esq.

Shunt Tatavos-Gharajeh, Esq.

Chris Petersen, Esq.

Jamie Nguyen, Esq.

Brian Lam, Esq.

JUSTICE LAW CORPORATION

751 N. Fair Oaks Avenue, Suite 101

Pasadena, CA 91103

T: (818) 230-7502 | F: (818) 230-7259

dhan@justicelawcorp.com | statavos@justicelawcorp.com |

cpetersen@justicelawcorp.com | jnguyen@justicelawcorp.com |

blam@justicelawcorp.com

Counsel for Defendants in the *Rose* action are the same as Defendants' counsel here in the instant *Boyd* action.

The *Rose* plaintiff alleges that he was jointly employed by AMR West, along with Westmed Ambulance, Inc. Like the plaintiff in *Rose*, Plaintiff here alleges that he was jointly employed by AMR West, along with American Medical Response of Inland Empire, American Medical Response of San Diego, Inc., American Medical Response of Southern California.

The *Rose* plaintiff commenced his action on February 22, 2023. Plaintiff here and the *Rose* plaintiff allege many of the same causes of action.

The *Rose* plaintiff seeks to bring the above-referenced claims not only on an individual basis, but also on a proposed class basis on behalf of all other current and former non-exempt employees who have been employed by, *inter alia*, AMR West in the State of California at any time from February 22, 2019 through the present. As Plaintiff here alleges that he was employed by AMR West until November 18, 2024, he would be included in this proposed class in *Rose*.

Plaintiff here seeks to represent this same group of employees as in *Rose* on many of the same claims, but for a time period beginning April 16, 2021. The *Rose* plaintiff does not specify her dates of employment in her pleadings.

**Flores v. Rural/Metro Fire Dept., Inc., et al.**

The *Flores* action is pending in the California Superior Court, County of Placer, case no. S-CV-0053666.

The *Flores* plaintiff is Carlos Flores. The *Flores* defendants are Rural/Metro Fire Dept., Inc.; Capstone Fire & Safety Management; Delta Equities, Inc.; and Global Medical Response, Inc. – i.e., the same Global Medical Response, Inc. that is named as a defendant in the instant *Boyd* action.

The attorneys of record for the *Flores* plaintiff are as follows:

Haig B. Kazandjian

Cathy Gonzalez

David Van Pelt

HAIG B. KAZANDJIAN LAWYERS, APC

801 North Brand Boulevard, Suite 970

Glendale, California 91203

P: (818) 696-2306 | F: (818) 644-7390

haig@hbklawyers.com | cathy@hbklawyers.com | david@hbklawyers.com

1 | Counsel for Rural/Metro Fire Dept., Inc. and GMR in the *Flores* action are the same
2 | as Defendants' counsel here in the instant *Boyd* action.  Counsel for Delta Equities,
3 | Inc. in the *Flores* action are as follows:

James D. McNairy, Esq.

Andrew Ducart, Esq.

BOUTIN JONES INC.

555 Capitol Mall, Suite 1500

Sacramento, CA 95814-4603

T: (916) 321-4444 | F: (916) 441-7597

jmcnairy@boutinjones.com | aducart@boutinjones.com

No appearance has been made by Capstone Fire & Safety Management in the *Flores* action.

   The *Flores* plaintiff alleges that he was jointly employed by GMR, along with Rural/Metro Fire Dept., Inc., Capstone Fire & Safety Management, and Delta Equities, Inc.  Like the plaintiff in *Flores*, Plaintiff here alleges that he was jointly employed by GMR, along with AMRI and AMR West.

   The *Flores* plaintiff commenced his action on September 20, 2024.  Plaintiff here and the *Flores* plaintiff allege many of the same causes of action.

   The *Flores* plaintiff seeks to bring the above-referenced claims not only on an individual basis, but also on a proposed non-individual, representative basis under the Private Attorneys General Act ("PAGA") on behalf of all other current and former non-exempt employees who have been employed by, *inter alia*, GMR in the State of California at any time from July 17, 2023 through the present.  As Plaintiff here alleges that he was employed by GMR until November 18, 2024, he would be included in this proposed PAGA cohort in *Flores*.

   Plaintiff here seeks to represent this same group of employees as in *Flores* on many of the same claims, albeit seeking different remedies, but for a time period beginning April 16, 2021.  As the *Flores* plaintiff alleges that he was employed by

GMR from July 2020 until the filing of his complaint on September 20, 2024, he would be included in the proposed class that Plaintiff seeks to represent in the instant *Boyd* action.

### *Zapata v. Rural/Metro Fire Dept., Inc., et al.* ("*Zapata II*")

The *Zapata II* action is pending in the California Superior Court, County of Placer, case no. S-CV-0054366.

The *Zapata II* plaintiff is Luis Zapata – i.e., the same plaintiff in *Zapata I*. The *Zapata II* defendants are Rural/Metro Fire Dept., Inc.; Capstone Fire & Safety Management; Delta Equities, Inc.; and Global Medical Response, Inc. – i.e., the same Global Medical Response, Inc. that is named as a defendant in the instant *Boyd* action.

The attorneys of record for the *Zapata II* plaintiff are as follows:

Haig B. Kazandjian

Cathy Gonzalez

David Van Pelt

HAIG B. KAZANDJIAN LAWYERS, APC

801 North Brand Boulevard, Suite 970

Glendale, California 91203

P: (818) 696-2306 | F: (818) 644-7390

haig@hbklawyers.com | cathy@hbklawyers.com | david@hbklawyers.com

Counsel for Rural/Metro Fire Dept., Inc. in the *Zapata II* action are the same as Defendants' counsel here in the instant *Boyd* action. No appearance has been made by Capstone Fire & Safety Management, Delta Equities, Inc., or GMR in the *Zapata I* action.

The *Zapata II* plaintiff alleges that he was jointly employed by GMR, along with Rural/Metro Fire Dept., Inc., Capstone Fire & Safety Management, and Delta Equities, Inc. Like the plaintiff in *Zapata II*, Plaintiff here alleges that he was jointly employed by GMR, along with AMRI and AMR West.

The *Zapata II* plaintiff commenced his action on January 7, 2025. Plaintiff here and the *Zapata II* plaintiff allege many of the same causes of action.

The *Zapata II* plaintiff seeks to bring the above-referenced claims not only on an individual basis, but also on a proposed non-individual, representative basis under PAGA on behalf of all other current and former non-exempt employees who have been employed by, *inter alia*, GMR in the State of California at any time from November 3, 2023 through the present. As Plaintiff here alleges that he was employed by GMR until November 18, 2024, he would be included in this proposed PAGA cohort in *Zapata II*.

Plaintiff here seeks to represent this same group of employees as in *Zapata II* on many of the same claims, albeit seeking different remedies, but for a time period beginning April 16, 2021. As the *Zapata II* plaintiff alleges that he was employed by GMR from May 2020 until October 2023, he would be included in the proposed class that Plaintiff seeks to represent in the instant *Boyd* action.

DATED: July 11, 2025

**THOMPSON COBURN LLP**

By: /s/ Kevin D. Sullivan
Michael S. Kun
Kevin D. Sullivan

Attorneys for Defendant
AMERICAN MEDICAL RESPONSE, INC., AMERICAN MEDICAL RESPONSE WEST, and GLOBAL MEDICAL RESPONSE, INC.