Berger Kahn
*A Law Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHYN BOYD,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MEDICAL RESPONSE, INC., a California corporation, AMERICAN MEDICAL RESPONSE WEST, a California corporation, GLOBAL MEDICAL RESPONSE, INC., a Colorado corporation, and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO.  2:25-cv-4725-MWF (MARx)<br><br>Assigned For All Purposes To:<br>Hon. Michael W. Fitzgerald<br>Dept.: 5A<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br><br>Complaint Filed: April 16, 2025<br>Trial Date: Not Set |

1

The Court, having considered the Parties' Stipulated Protective Order, and finding good cause exists, hereby GRANTS the Stipulation.

IT IS SO ORDERED.

DATED: 5/19/26

By:_____

MARGO A. ROCCONI
United States Magistrate Judge

Berger Kahn
*A Law Corporation*

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER